Supreme Court —First Department —Chambers.

New · York—December, 1882.

## MATTER OF DAVIS.

DISORDERLY CONDUCT.—CODE OF CRIMINAL PROCEDURE, § 99.

LAWRENCE, J.—In this case, it would appear that the prisoner, having been convicted of disorderly conduct, could not be sentenced to give security to keep the peace, in addition to being adjudged to pay a fine and stand imprisoned in the meantime.

See section 99 of the Code of Criminal Procedure.